UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON STEPHEN REDHEAD, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>WILLIE BROWN COMMUNITY CENTER,<br><br>    Defendant. | Case No. 16-cv-01422-EDL<br><br>**ORDER TO SHOW CAUSE** |

On March 23, 2016, Plaintiffs Ron Stephen Redhead, Shanna Howard and Antanysha Dean filed this complaint and Plaintiff Redhead filed an application to proceed in forma pauperis ("IFP application"). On March 29, 2016, the Court denied Plaintiff Redhead's IFP application with leave to amend to include an IFP application for Plaintiff Howard. On March 31, 2016, Plaintiffs filed a motion that appears to request leave to file an amended complaint that removes Plaintiffs Howard and Dean from the case. On April 4, 2016, the Court denied the request as leave of the Court is not required to amend the complaint at this stage and ordered Plaintiffs to file an amended complaint by no later than April 14, 2016. Plaintiffs have not filed an amended complaint.

Accordingly, Plaintiffs are hereby ordered to show cause why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Plaintiffs' written response to this Order to Show Cause or an amended complaint shall be filed no later than May 10, 2016. A show cause hearing is scheduled for May 24, 2016 at 2:00 p.m. in Courtroom E, 15th floor, 450 Golden Gate Avenue, San Francisco, CA. Should Plaintiffs file an amended complaint by May 10, 2016, the show cause hearing will be vacated. Plaintiffs are cautioned that if they fail to file a response to this Order to Show Cause or an amended complaint by May 10,

2016, the Court may reassign this case to a district court judge with a Report and Recommendation for dismissal of this action.

Plaintiffs may wish to seek assistance from the Legal Help Center, a free service of the Volunteer Legal Services Program, by calling (415) 782-8982 or signing up for an appointment on the 15th Floor of the Courthouse, Room 2796. At the Legal Help Center, Plaintiffs may speak with an attorney who may be able to provide basic legal help, but not legal representation. The Court also urges Plaintiffs to obtain a copy of the Pro Se Handbook, available free of charge from the Court's website (www.cand.uscourts.gov) or in the Clerk's Office on the 16th Floor, 450 Golden Gate Avenue, San Francisco, CA.

**IT IS SO ORDERED.**

Dated: April 25, 2016

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge