1
2
3
4                    UNITED STATES DISTRICT COURT
5                   NORTHERN DISTRICT OF CALIFORNIA
6
7    RON STEPHEN REDHEAD, et al.,
                                                 Case No. 16-cv-01422-JST
            Plaintiffs,
8
9        v.                                      **ORDER VACATING ORDER
                                                 ADOPTING REPORT AND
10   WILLIE BROWN COMMUNITY                       RECOMMENDATION**
     CENTER,
11                                               Re: ECF Nos. 17, 19
            Defendant.
12
13          On June 16, 2016, the Court adopted Magistrate Judge Elizabeth D. Laporte's Report and

14   Recommendation Re: Dismissal for Failure to Prosecute (the "Report"), noting that no objections

15   had been filed to the Report.  ECF No. 17.  On July 6, 2016, the Court received a letter from

16   Plaintiff Ron Stephen Redhead, informing the Court that he had not been served with the Report,

17   and therefore was not able to respond to it, because his address had recently changed.  ECF No.

18   19.  Indeed, on June 27, 2016, Plaintiff filed a "Case Management State & Notice of Change of

19   Address."  ECF No. 18.

20          Because it appears the Plaintiff did not have an opportunity to object to the Report, the

21   Court vacates its prior order, ECF No. 17, adopting the Report.  Plaintiff shall have 14 days from

22   the filing date of this order to object to the Report.  If no objection is filed by Plaintiff within that

23   timeframe, the Court will once again adopt the Report.

24          ///

25          ///

26          ///

27          ///

28          ///

United States District Court
Northern District of California

The Clerk shall serve this order, along with a copy of the Report, ECF No. 14, on Plaintiff. The Clerk shall also re-open the case.

IT IS SO ORDERED.

Dated:  July 8, 2016

_____
JON S. TIGAR
United States District Judge

United States District Court
Northern District of California