UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON STEPHEN REDHEAD, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIE BROWN COMMUNITY CENTER,<br><br>Defendant. | Case No. 16-cv-01422-EDL<br><br>**ORDER REGARDING AMENDED COMPLAINT** |

This case was filed on March 23, 2016. Dkt. 1. The complaint listed three Plaintiffs in the caption (i.e., on the top of the page): Ron Stephen Redhead, Shana Howard, and Antanysha Dean. Id. Also on March 23, 2016, Plaintiff Ron Stephen Redhead filed an application to proceed in forma pauperis (i.e., without being required to prepay the full amount of fees or costs, or give security). Dkt. 3. However, this application provided information about only Plaintiff Redhead, and not about Plaintiff Howard or Plaintiff Dean. Id.

On March 31, 2016, Plaintiffs filed a motion requesting leave to file an amended complaint that removed Plaintiff Howard and Plaintiff Dean. Dkt. 8. The Court issued an order informing Plaintiffs that they did not need the Court's permission to file an amended complaint, and instructing them to do so by April 14, 2016. Dkt. 10.

Plaintiffs missed this deadline, and the Court then issued an order to show cause as to why the case should not be dismissed for failure to prosecute. Dkt. 12. Plaintiffs did not attend the hearing on the order to show cause, and the Court then issued a Report and Recommendation to dismiss for failure to prosecute, to which Plaintiffs did not object, and which was then adopted. Dkt. 17.

On July 6, 2016, the Court received a letter from Plaintiff Redhead informing the Court

that his address had recently changed, and therefore he had not been served with the Report and Recommendation.  Dkt. 19.  Plaintiff also filed a Response to the Court's order to show cause that explained his failure to respond to the Court's order (Dkt. 24), and the Court (Tigar, J.) vacated its earlier order adopting the Report and Recommendation (Dkt. 20).

On July 13, 2016, Plaintiffs filed an amended complaint (Dkt. 25), presumably in an attempt to comply with the Court's earlier order instructing Plaintiffs to file a complaint that removed Plaintiff Howard and Plaintiff Dean from the complaint (so that the Court could rule on Plaintiff Redhead's application to proceed in forma pauperis).  However, the amended complaint still lists Plaintiff Howard and Plaintiff Dean in the caption (i.e., on the top of the first and second pages).  See Dkt. 25 at 1, 2.

If Plaintiff Redhead still wishes to remove Shana Howard and Antanysha Dean as Plaintiffs in this case, he shall file a second amended complaint that deletes their names from the caption.  At that point, the Court will rule on Plaintiff Redhead's application to proceed in forma pauperis.

The Court again reminds Plaintiffs that they may wish to seek assistance from the Legal Help Center, a free service of the Volunteer Legal Services Program, by calling (415) 782-8982 or signing up for an appointment on the 15th Floor of the Courthouse, Room 2796.  At the Legal Help Center, Plaintiffs may speak with an attorney who may be able to provide basic legal help, but not legal representation.  The Court also urges Plaintiffs to obtain a copy of the Pro Se Handbook, available free of charge from the Court's website (www.cand.uscourts.gov) or in the Clerk's Office on the 16th Floor, 450 Golden Gate Avenue, San Francisco, CA.

**IT IS SO ORDERED.**

Dated:  July 26, 2016

ELIZABETH D. LAPORTE
United States Magistrate Judge